UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MARK BURNETTE, in his capacity as
Personal Representative of the Estate of
Shaun Le Grice,

    Plaintiff,

vs.                                      CASE NO.  5:15-cv-567-Oc-32PRL

REGIONS BANK and MINNESOTA
LIFE INSURANCE COMPANY,

    Defendants.
_____/

**NOTICE OF CHANGING ATTORNEY WITHIN BURR & FORMAN LLP
AND DESIGNATION OF PRIMARY EMAIL ADDRESS**

The law firm of Burr & Forman LLP hereby enters this Notice of Changing Attorney and Designation of Email Address on behalf of Defendant, Regions Bank, substituting attorney Baya W. Harrison for attorney Sheena A. Thakrar and hereby designating Mr. Harrison's primary email address (bharrison@burr.com) and secondary email address (jmorgan@burr.com), and requests all pleadings, orders, written motions, and written notices, and any other documents or demands be served upon him.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 21, 2016, a true and correct copy of the foregoing was filed with the Clerk of Court pursuant to the Administrative Procedures for Electronic Filing in Civil and Criminal Cases of this Court by using the CM/ECF system which will send notice of electronic filing and complete service of the foregoing as required by F.R.C.P. 5 to **Mark Burnette, Esquire** (mark.burnette@markburnettepa.com), P.O. Box 2913, Ocala, FL 34478 and

2

**Kristina Pett, Esquire** (kpett@pettfurman.com), 2101 NW Corporate Blvd., Suite 316, Boca Raton, FL 33431.

    */s/ Baya W. Harrison*
**Howard S. Marks**
Florida Bar No. 750085
Email:  hmarks@burr.com
Secondary Email: dmmorton@burr.com
**Baya W. Harrison**
Florida Bar No. 114085
Email: bharrison@burr.com
Secondary Email:  jmorgan@burr.com
**BURR & FORMAN LLP**
200 S. Orange Avenue, Suite 800
Orlando, Florida 32801
Telephone: (407) 540-6600
Facsimile: (407) 540-6601
*Attorneys for Regions Bank*