UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MARK BURNETTE,

    Plaintiff,

vs.                      Case No. 5:15-cv-567-Oc-32PRL

REGIONS BANK, et al.,

    Defendants.
_____

| JUDGE | Philip R. Lammens | DATE<br>TIME | March 7, 2016<br>10:00 a.m. - 2:00 p.m.<br>4 hours |
|---|---|---|---|
| DEPUTY CLERK | Donna DeNicola | TAPE/REPORTER | DIGITAL |
| COUNSEL/PLTF.(S) | Pro Se | COUNSEL/DEFT.(S) | Baya Harrison, IV,<br>Christina Pett |

## CLERK'S MINUTES - SETTLEMENT CONFERENCE

Shayla Fletcher for Regions Bank and Donna Arbisi for Minnesota Life Insurance Company appearing via telephone.

Parties did not agree to a settlement. However, the Court will keep discussions open through 3/21/2016.