# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**MARK BURNETTE, in his capacity as**
**Personal Representative of the Estate of**
**Shaun Le Grice**

    **Plaintiff,**

v.                                                                                          Case No: 5:15-cv-567-Oc-32PRL

**REGIONS BANK and MINNESOTA**
**LIFE INSURANCE COMPANY**

    **Defendants.**

## REPORT

On March 7, 2016, in Ocala, Florida, I conducted a settlement conference. The attorneys of record, along with their clients or a representative with authority to settle the case, appeared in person or by phone, as agreed. I have agreed to continue my discussions with the parties through March 21, 2016.

Dated:   March 7, 2016

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Presiding United States District Judge
Presiding United States Magistrate Judge
Counsel of Record